UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/12/2003
BY _____

Date:       August 12, 2003

Reply To:   Judge Rebecca F. Doherty

Subject:    United Game Fowl Breeders, et al vs. Ann Veneman, et al, CV03-0970

To:         All Counsel of Record

### MINUTE ENTRY

Since the inception of this litigation, this Court has received several pieces of correspondence from various members of the public. Copies are attached hereto for filing into the record and the Clerk of Court is ORDERED to provide all counsel with copies of the correspondence as well.

COPY SENT
DATE: 8/12/03
BY: Cww
TO: Brinkhaus
    Kramer
    Nusraty



Judge Rebecca Doherty
800 Lafayette St.
Lafayette, LA 70501

Dear Judge Doherty:

    I read in the Advertiser that you were being asked to block the government from enforcing the ban on the interstate shipping of fighting roosters.

    I am enclosing a letter I wrote to the Advertiser in Nov. 2002. I would appreciate if you would read it for some views on the subject.

    At the bottom of this letter are some of the people who are like minded to me about this subject. Please use your power to encourage a more humane rather than a cruel spirit in this community.

    Thank you. May God give you wisdom in this and all the other matters which come to you for your judgement.

Sincerely,

*Anne K. Baron*

Anne K. Baron
417 Marilyn Drive
Lafayette, LA 70503

Signatures:

- Judith Hamilton, P.O. Box 1107, Scott, LA 70583
- Sarah Reagor, 321 Orangewood Dr., Lafayette, LA 70503
- Carolyn French, 203 Waterside Dr., Lafayette, LA 70503
- Richard Baron, 417 Marilyn Dr., Lafayette, LA 70503
- Sharon Guidry, P.O. Box 622, Youngsville, LA 70592
- Jerrie Fauchots, 213 Sunny Lane, Lafayette, LA 70506
- Harriet Landry, 200 Lodge Dr. #112, Lafayette, LA 70508
- Wendy Whitehurst, 417 E. Gilee (?), Lafayette, LA 70570
- Dollie Guidry, 203 Mayfield Blvd, Lafayette, LA 70508
- Veronica Pagan, 801 St. Jos., Lafayette, LA 70506
- Sue Golden, 615 Camellia Blvd, Lafayette, LA 70503
- Anne Hollier, 305 Raymond Dr., Lafayette, LA 70506

**The Daily Advertiser**
**Opinion's Page**
**Box 3268**
**Lafayette, LA 70502**
**Clenox@the advertiser.com**          November 25, 2002
**FAX 337-289-6443**

This morning I read the article from the Advertiser"Opinions" page about banning Cockfighting. I'm very glad to hear that Oklahoma has finally outlawed it. I'm very sorry that our state is one of the two holdouts.

As the letter said, the supporters of the fights insist that they are championing a part of their heritage and culture. It's unfortunate, but some elements of a person's or people's heritage and culture, need to be eliminated. Just because something has been in your culture doesn't make it good.

If there is child abuse or stealing or alcoholism in your family, should you try to perpetuate these traits just because these have been standard "family behavior?" I don't think so. Hopefully, we as individuals, families, races, creeds and cultures are working to better ourselves, to continue and emphasize what is good in our past and eliminate that which isn't.

If the truth be known, are the supporter's of cockfighting really trying to continue cultural aspects for noble reasons, are is it just the money made and the gambling and blood lust to be satisfied that is the impetus?

Cockfighting is cruel and accompanied by illegal activities. There is already too much to desensitize our children and ourselves to brutality and pain. State lawmakers take notice. Do what is ethical rather than bending to the special interests groups for their votes. Most of us in Louisiana want to join Oklahoma in moving into more humane waters.

                                        Anne K. Baron
                                        417 Marilyn Drive
                                        Lafayette, LA 70503

10 June, 2003

Richard Fagerlund
P. O. Box 1173
Corrales, NM 87048
fagerlun@unm.edu

Dear Honorable Judge Doherty;

    On May 14th, amendments to the federal Animal Welfare Act barring interstate commerce in fighting birds went into effect. Under the new law it is illegal to sell, buy, transport, deliver or receive a bird in interstate commerce for the purpose of participating in a fighting venture - regardless of the laws in the destination state. Previously, the law prohibited interstate commerce of fighting dogs and other animals, but exempted fighting birds destined for a state that allows cockfighting. Additionally, the new law prohibits foreign commerce - both in and out of any state - of any animal for a fighting venture. What this all means is that cockfighters from Texas, Arizona, and Mexico can no longer legally bring their birds to New Mexico to fight. Another new element to the law makes it illegal to sponsor or exhibit a bird in a fighting venture if that person knew that any participating bird was involved in interstate commerce. The cockfighting folks are challenging the law, claiming it is impacting a tradition.

    Cockfighting is not a sport, it is not a Cajun tradition or a Hispanic tradition and it is not a cultural event. Cockfighting is nothing more than a knife fight between two chickens and it is the epitome of cruelty to animals. It has absolutely no redeeming value and should not be permitted in any civilized society. It does, however, have some consequences that we need to avoid.

    Exotic Newcastle Disease (END) is devastating California's poultry industry and economy and the disease has recently spread to Nevada, Arizona, west Texas and southern New Mexico. END is a highly contagious and fatal viral disease that affects all species of birds. The disease affects the respiratory, digestive, and nervous system. Symptoms include sneezing, gasping, nasal discharge, greenish, watery diarrhea, muscular tremors, drooping wings, swelling of the head, and complete paralysis. END is so virulent birds can die without showing any clinical signs. This disease not only affects poultry, but backyard fowl such as pheasants, quail and peacocks, and companion birds such as parrots, parakeets and canaries as well. California is spending millions of dollars in trying to control this disease that has an almost 100% fatality rate in birds.

The disease is spread by direct contact between birds and the exchange of bodily fluids. Cockfighters bring their birds to New Mexico and Louisiana to fight because they are the only two states that still allows this nonsense to take place. When the birds fight with their knives, blood and other bodily fluids are exchanged and the chances of an infected bird spreading END is exponentially higher than in any other method of transmission. This disease can have a serious impact on normal poultry farmers and other bird lovers in Louisiana and New Mexico as well as all around the country.

Not only is cockfighting barbaric, vicious, and cruel, but also evidence is overwhelming that cockfighting is linked to other crimes and violence. Law enforcement officials have documented the strong connection between cockfighting, illegal gambling, and large-scale manufacturing and distribution of illegal drugs. In many cases, law-enforcement officials have uncovered evidence of cockfighting-birds, pits, and equipment-while pursuing drug investigations and raids. Drug dealers use connections made at cockfights for the distribution of drugs.

We urge you to uphold the law outlawing the interstate transportation of animals for fighting purposes and to assist in closing any loopholes these people will use to ship their birds to New Mexico and Louisiana, such as labeling them as "show fowl" or "brood fowl", both possibilities which are being actively discussed by the chicken fighters on their websites.

Sincerely

Richard "Bugman" Fagerlund

Viki Elkey

The University of New Mexico

Physical Plant Department
1818 Camino del Servicio NE
Albuquerque, NM 87131-3500

Richard Fagerlund, B.C.E.
"Bugman"

Integrated Pest Management
Environmental Services

Office: 505 / 277-9904
Home: 505 / 922-9705
Cell: 505 / 440-6384
E-mail: fagerlun@unm.edu
www.askthebugman.com